PEOPLE v. McLEAN

Appeal from Saginaw, Huff (Eugene Snow), J. Submitted Division 3 December 4, 1968, at Grand Rapids. (Docket No. 4,118.) Decided December 20, 1968.

Gerry McLean was convicted of selling narcotics without a license. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Robert B. Currie,* Prosecuting Attorney, and *Bruce J. Scorsone,* Assistant Prosecuting Attorney, for the people.

*William J. Ginster,* for defendant.

PER CURIAM. Defendant, a licensed practical nurse, was convicted by a jury of selling narcotics without a license (CL 1948, § 335.152 [Stat Ann 1957 Rev § 18.1122]) in that she sold two morphine pills to one James Price, a police officer.

At trial the defense was entrapment. The only issues raised relate to rulings on the evidence.

An examination of the record and briefs discloses no prejudicial error.

Affirmed.

R. B. BURNS, P. J., and J. H. GILLIS and CORKIN, JJ., concurred.